CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                             ) | Criminal Number 06-152-02 (PLF) |
| ) | |
| #2: SHANE WOODEN         ) | Category   B |
| ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on August 16, 2007 from Judge Paul L. Friedman to The Calendar Committee  by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

                JUDGE ELLEN SEGAL HUVELLE
                Chair, Calendar and Case
                Management Committee

cc:   Judge Friedman & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Criminal Case Processing Clerk
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk