CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 06-152 (PLF) |
| | ) | |
| | ) | Category  B |
| #2: SHANE WOODEN | ) | |
| | ) | |

**REASSIGNMENT OF CRIMINAL CASE**

The above-entitled case was reassigned on <u>April 1, 2008</u> from <u>The Calendar Committee</u> to <u>Judge Paul L. Friedman</u> by direction of the Calendar Committee.

(Defendant  is no longer a fugitive.)

<u>ELLEN SEGAL HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Friedman</u> & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       U.S. Attorney—Judiciary Square Building, Room 5133
       Statistical Clerk