# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 06-152-02 | MAGIS. NO: |
|---|---|---|
| V.<br><br>TAJSHA WASI | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Shane Wooden | **FILED**<br>APR - 8 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:           PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:   INDICTMENT | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE HEROIN;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE CANNABIS;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ECSTASY;
USING, CARRYING, AND POSSESSING FIREARM DURING A DRUG TRAFFICKING OFFENSE;
UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;
UNLAWFUL MAINTENANCE OF A PREMISES TO MANUFACTURE, DISTRIBUTE, STORE AND USE A CONTROLLED SUBSTANCE;
AIDING AND ABETTING

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(D); 21:841(a)(1) and 841(b)(1)(C); 18:924(c)(1); 18:922(g)(1); 21:856(a)(2); 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>*[signature]*<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>6/1/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>*[signature]* | DATE:<br>6/1/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  8 April 2008 | NAME AND TITLE OF ARRESTING OFFICER<br>Reporting | SIGNATURE OF ARRESTING OFFICER<br>Reporting | |
|---|---|---|---|
| DATE EXECUTED  8 April 2008 | DUSM Robert C. Byars *[signature]* | *[signature]* | |
| HIDTA CASE:   Yes    No  X | | OCDETF CASE:   Yes    No  X | |