IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | *   Crim. No.: 06-152 (PLF) |
| SHANE WOODEN, | * |
| Defendant, | * |

\*    \*    \*    \*    \*    \*    \*

### PRAECIPE

Please enter the appearance of Rudolph Acree, Jr., Esq., of 1211 Connecticut Avenue, NW Suite #506, Washington, D.C. 20036 as counsel for the defendant Mr. Shane Wooden in the above captioned matter. Mr. Acree has been appointed by the Court in this matter.

Rudolph Acree, Jr. is a member of this Court's Bar and is in good standing.

Respectfully Submitted,

_____/s/_____
Rudolph Acree, Jr.
1211 Connecticut Ave. N.W.
Suite #506
Washington, D.C. 20036
Telephone 202 331-1961
Counsel for the Defendant

**CERTIFICATE OF MAILING**

     I HEREBY CERTIFY, that on this 30th day of April 2008 the above line of appearance was sent via ECF to the Assistant United States Attorney in this matter, Jeff Pearlman.


                                                               _____/s/_____
                                                               Rudolph Acree, Jr., Esq.