**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | **Case No.: 06-cr-152 (PFL)** |
| **v.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **SHANE WOODEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**UNOPPOSED MOTION TO CONTINUE THE SCHEDULED STATUS DATE**</u>

COMES NOW, Defendant Shane Wooden, by and through undersigned counsel, respectfully moves this Honorable Court to continue the scheduled status date set for Monday August 25, 2008. In support of this motion, counsel states the following:

1. Mr. Wooden is scheduled for a status hearing on Monday August 25, 2008.

2. Counsel will not be in the jurisdiction for the week of August 25, 2008, and therefore will be unable to be present for the status hearing.

3. Counsel has spoken to AUSA Bridgette Crafton, and Ms. Crafton does not oppose this motion.

4. The parties suggest September 10, 2008 as a new date for the status hearing if it is amenable to the Court

WHEREFORE, for the foregoing reasons, Mr. Wooden respectfully requests that this Honorable Court grants this motion.

1

Respectfully Submitted,


_____/s/_____
Rudolph Acree, Jr.
1211 Connecticut Ave., N.W.
Suite 506
Washington D.C. 20036
Counsel for Shane Wooden




## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a foregoing copy of the Motion to Continue the Scheduled Status Date was sent via fax to Assistant United States Attorney Bridgette Crafton on this 21st day of August 2008.


_____/s/_____
Rudolph Acree, Jr.