**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No.: 06-cr-152 (PLF)** |
| | ) | |
| | ) | |
| **SHANE WOODEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**UPON CONSIDERATION** of the Defendant's Unopposed Motion to Continue the Scheduled Status Date, it is this _____ day of _____, 2008, hereby

ORDERED, that the Defendant's motion is therefore GRANTED

_____
Honorable Judge