IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | Case No.: 06-cr-152 (PFL) |
| v. ) | |
| ) | |
| ) | |
| ) | |
| SHANE WOODEN, ) | |
| ) | |
| **Defendant.** ) | |

**UNOPPOSED MOTION TO CONTINUE THE SCHEDULED STATUS DATE**

COMES NOW, Defendant Shane Wooden, by and through undersigned counsel, respectfully moves this Honorable Court to continue the scheduled status date set for Monday September 8, 2008. In support of this motion, counsel states the following:

1. Mr. Wooden is scheduled for a status hearing on Monday September 8, 2008.

2. Counsel will be before the Honorable Judge Hogan on September 8, 2008 in a motions hearing.

3. As a result, counsel will not be able to be present at the status hearing set for September 8, 2008.

4. Counsel has spoken to AUSA Bridgette Crafton, and Ms. Crafton does not oppose this motion.

WHEREFORE, for the foregoing reasons, Mr. Wooden respectfully requests that this Honorable Court grants this motion.

1

2

Respectfully Submitted,

_____/s/_____
Rudolph Acree, Jr.
1211 Connecticut Ave., N.W.
Suite 506
Washington D.C. 20036
Counsel for Shane Wooden

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a foregoing copy of the Motion to Continue the Scheduled Status Date was sent via Electronic Case Filing (ECF) to Assistant United States Attorney Bridgette Crafton on this 4th day of September 2008.

_____/s/_____
Rudolph Acree, Jr.
