**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| ) | |
| **v.** ) | **Case No.: 06-cr-152 (PLF)** |
| ) | |
| ) | |
| **SHANE WOODEN,** ) | |
| ) | |
| **Defendant.** ) | |

**<u>ORDER</u>**

**UPON CONSIDERATION** of the Defendant's Unopposed Motion to Continue the Scheduled Status Date, it is this _____ day of _____, 2008, hereby

ORDERED, that the Defendant's motion is therefore GRANTED

_____
Honorable Judge